UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

        Plaintiff,

vs.                                                 Civil No. 5:06-CV-11135

                                                   Honorable John Corbett O'Meara
ONE 1996 PETERBILT TRACTOR,           Magistrate Judge Mona K. Majzoub
VIN: 1XP5DB8X5TN419801.

        Defendant.
_____/

## DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE

This matter having come before the Court on Plaintiff's Motion for entry of Default Judgment against Reginald Martin and all other persons and entities, and for entry of a Final Order Of Forfeiture, and the Court being fully advised in the premises; now, therefore;

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's Motion for Entry of Default Judgment against Reginald Martin and all other persons and entities, and for entry of a Final Order of Forfeiture, is **GRANTED**.

**IT IS FURTHER ORDERED** that any right, title, or ownership interest of Reginald Martin, his successors and assigns, and any right, title or interest of any other person or entity in the defendant tractor, is **EXTINGUISHED** and **FORFEITED** to the United States of America. Clear title to the defendant tractor is vested in the United States of America, and the United States Marshal's Service, or its delegatee, is **AUTHORIZED** to dispose of the defendant tractor

according to law.

                                              s/John Corbett O'Meara
                                              John Corbett O'Meara
                                              United States District Judge

Dated:  June 16, 2006